IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY FORD,

      Petitioner,                    No. CIV S-06-1028 MCE DAD P

   vs.

ANTHONY MALFI, Warden,

      Respondent.               <u>ORDER</u>

_____/

      Petitioner is a state prisoner represented by counsel and proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's petition, filed on May 10, 2006, refers to exhibits which are not in fact attached to the petition. On May 12, 2006, petitioner filed 612 pages of documents with the court. Those documents are not indexed or tabbed and some of the exhibits referred to in the petition are not included within these documents. Petitioner has also filed a document which was docketed as a "Memorandum/ Response in Support of Petition for Writ of Habeas Corpus." This memorandum begins with a table of contents and does not comply with Local Rules 7-131(a) and 5-133(g). The memorandum also refers to exhibits which are not attached thereto.

      The court will order petitioner to file the exhibits referred to in his habeas petition, to number each page of those exhibits in order and to provide an index for the exhibits which

1

includes a brief description of the exhibit, the exhibit number or letter, and the beginning and ending page number for each exhibit submitted in support of the petition. The court will disregard petitioner's documents filed on May 12, 2006 since they may be re-submitted pursuant to this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the service of this order, petitioner shall submit his exhibits which were referred to in his habeas petition, filed on May 10, 2006; and

2. Petitioner's exhibits filed on May 12, 2006, and docketed as "Appendix," and "Memorandum/Response in Support of Petition for Writ of Habeas Corpus," will be disregarded.

DATED: May 19, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ford1028.exh

2